IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARKET TAMPA INVESMENTS, LLC
   Plaintiff

CASE NO.:  8:19-cv-1920-T-36AAS

vs.

WESTERN WORLD INSURANCE COMPANY

   Defendant.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated this __28th__ day of August, 2020.

FOR THE PLAINTIFF:                                FOR THE DEFENDANT:

**FLORIN ROEBIG, PA**                             **BUTLER WEIHMULLER KATZ CRAIG LLP**

/s/ Kavon P. Smith, Esq.                          /s/ Troy J. Seibert, Esq.

**WIL H. FLORIN, B.C.S.**                         **TROY J. SEIBERT, ESQ.**
FBN:  0337234                                     FBN:   0084668
**CHASE P. FLORIN, B.C.S.**                       **MAXWELL H. STAPE, ESQ.**
FBN:  102615                                      FBN: 1007734
**KAVON P. SMITH, ESQ.**                          **VINCENT A. FERNANDEZ, ESQ.**
FBN:  1004969                                     FBN:   1004601
777 Alderman Road                                 400 N. Ashley Drive, Suite 2300
Palm Harbor, FL  34683                            Tampa, FL 33602
Telephone:  (727) 786-5000                        Telephone: (813) 281-1900
Fax:  (727) 772-9833                              Fax: (813) 281-0900
Whf@florinroebig.com                              tseibert@butler.legal

| | |
|---|---|
| Chase@florinroebig.com | mstape@butler.legal |
| KSmith@florinroebig.com | vfernandez@butler.legal |
| **Attorneys for Plaintiff** | **Attorneys for the Defendant** |