UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARKET TAMPA INVESTMENTS, LLC,

    Plaintiff,

v.    Case No: 8:19-cv-1920-T-36AAS

WESTERN WORLD INSURANCE COMPANY,

    Defendant.
_____/

# O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 18). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)     The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 18).

2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on August 28, 2020.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record